# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0033.  ESLY ESTRADA  v.  PERLA ESTRADA.**

Upon consideration of the APPELLANT'S  Motion for Extension of Time to File Discretionary Application in the above styled case, it is ordered that the motion is hereby GRANTED, which will extend the due date until May 10, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/10/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*